fact, whatever promise was made to plaintiff was withdrawn before plaintiff had performed any substantial services. Judgment should be reversed, and new trial ordered, with costs to appellant to abide the event.

LEHMAN, J., concurs in result.

---

BAUMANN v. STEINGESTER et al. (Supreme Court, Appellate Division, First Department. June 17, 1915.) Action by Lena Baumann against Henry C. Steingester and another. No opinion. Judgment affirmed by default, with costs. See, also, 159 App. Div. 923, 144 N. Y. Supp. 1105.

---

BAYLIS et al., Appellants, v. BAYLIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Joseph Baylis and Alphonsus Baylis against Thomas J. Baylis and Lucy' A. Baylis. (Appeal No. 1.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1106.

---

BAYLIS et al., Appellants, v. BAYLIS et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Joseph Baylis and Alphonsus Baylis against Thomas J. Baylis and Lucy A. Baylis. (Appeal No. 2.) No opinion. Order affirmed, with $10 costs and disbursements. See, also, 153 N. Y. Supp. 1106.

---

BECK v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Mary F. Beck against the City of New York and William F. Walker. No opinion. Motion to dismiss appeal granted, with $10 costs.

---

BEEBE, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Ernest L. Beebe, an infant, etc., against the New York, Ontario & Western Railway Company'. No opinion. Motion granted, and appeal dismissed, with costs.

---

BEETSON, Respondent, v. MYERS et al., Appellants. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Catherine M. Beetson against Emanuel J. Myers and another. G. S. P. Kleeberg, of New York City, for appellants. D. J. Dowling, of New York City, for respondent. No opinion. Determination affirmed, with costs. Order filed.

---

BEEVER, Appellant, v. KING et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Otto A. Beever, individually, etc., against Joseph B. King, as executor, etc., and others. No opinion. Judgment affirmed, with costs.

---

BENHAM et al. v. CHARTER FEATURES CORPORATION. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Emily J. Benham and others against the Charter Features Corporation and Oliver W. Ramsay'.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, with $10 costs and disbursements.

---

BITTERFIELD, Respondent, v. ASCHENGRAU, Appellant. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Jacob Bitterfeld, against Adolf Aschengrau. H. Marx, of New York City, for appellant. J. Gerdes, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

BLANKFORT v. FECHTER. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action bv Henry Blankfort against Benjamin Fechter. A. Tulin, of New York City, for plaintiff. I. Gainsburg, of New York City, for defendant. No opinion. Order reversed, and motion granted, upon condition that defendant within 10 days pay a trial fee and give an undertaking in the sum of $2,000 to pay any judgment that may be obtained; the cause to be restored to the short-cause calendar. Settle order on notice.

---

BLUMENTHAL, Respondent, v. WASHINGTON HEIGHTS HOSPITAL et al., Appellants. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Hanry A. Blumenthal against the Washington Heights Hospital and another. L. R. Brilles, of New York City, for appellants. I. Balch Louis, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 153 N. Y. Supp. 946.

---

BLYTHE v. LARITY et al. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Harry T. Blythe against Jennie L. Larity and others.

PER CURIAM. While the complaint does not authorize the relief asked against Northrip, yet he was invested with a power in trust to determine to whom the assignors should convey. He seems to have some beneficial interest in the execution of the power. Moreover, he has a right to insist that the conveyance shall not be made until he shall have been paid. Hence he is a proper party defendant, and the complaint should not be dismissed as to him. The order is modified accordingly, and, as modified, affirmed, without costs here or below.

---

BOEDICKER v. SACKETT & WILHELMS CO. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Her-

man C. Boedicker against the Sackett & Wilhelms Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 152 N. Y. Supp. 1099.

BOYD v. BROWN. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Emma Boyd against George Brown and Joseph Michaels. No opinion. Application denied, with $10 costs.

In re BREAKIRON. (Supreme Court, Appellate Division, Fourth Department. November, 1914.) In the matter of the judicial settlement of the accounts of Charles A. Breakiron, as executor of the estate of Edward L. McCullough, deceased. From part of a decree of the Surrogate's Court of Chautauqua county, entered the 11th day of February, 1913, the executor appeals.

PER CURIAM. Under the will of the testator the payment of the bequest to the infant is postponed until his majority. The application of the same or any part thereof to meet the needs of the infant or for his welfare is left to the discretion and judgment of the executor. The Surrogate's Court has no legal authority to make and enforce a decree requiring the executor to apply the bequest or any part thereof to or for the benefit of the infant in the absence of a judicial determination of bad faith in respect thereto by the executor. The amount of the estate, the age and the character of education required by the infant, and financial abilities of his parents should be made to appear as a basis for a determination whether property of the parents or the estate of the infant should be appropriated for his board, clothing and education. Decree reversed and proceeding remitted to the Surrogate's Court for a rehearing. Costs to abide the final award of costs.

BRECKHEIMER, Respondent, v. LOEW, Appellant. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Action by Louis Breckheimer against John T. Loew.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order reversed, with $10 costs and disbursements, and defendant's motion for judgment on the pleadings granted, with $10 costs, upon authority of Paul v. Fargo, 84 App. Div. 9, 82 N. Y. Supp. 369.

BRINLEY, Respondent, v. NEVINS, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Edward Brinley against Thomas A. Nevins. A. Benedict, of New York City, for appellant. N. A. Smyth, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 162 App. Div. 744, 147 N. Y. Supp. 985.

INGRAHAM, P. J., dissents, on dissenting opinion upon former appeal.

BROCK v. ANTHONY & SCOVILL CO. et al. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Charles Brock against the Anthony & Scovill Company and another. No opinion. Motion granted. Questions certified as stated in order. Order filed.

BROCK v. POOR. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Charles Brock against Ruel W. Poor. No opinion. Motion granted. Questions certified as stated in order. Order filed. See, also, 153 N. Y. Supp. 1107.

BROCK v. POOR et al. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Charles Brock against Ruel W. Poor and another. No opinion. Motion granted. Questions certified as stated in order. Order filed. See, also, 153 N. Y. Supp. 332, 342, 343, 1107.

BROCK v. STEPHENS et al. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Charles Brock against Thomas W. Stephens, impleaded with others. No opinion. Motion granted. Questions certified as stated in order. Order filed.

BROMLEY et al. v. DAUER. (Supreme Court, Appellate Term, First Department. May 13, 1915.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by George W. Bromley and another against George Dauer. Judgment for plaintiffs, and defendant appeals. Reversed, and new trial ordered. Lawrence T. Gresser, of Jamaica, for appellant. Clark B. Augustine, of New York City, for respondents.

PENDLETON, J. The action is to recover the agreed price of a book sold. The whole question is whether there was sufficient evidence to sustain the action. The only witness for plaintiff was a collector, who knew nothing about the sale. His testimony failed to prove any sale, and defendant testified the book was left on approval. The motion to dismiss should have been granted. Judgment reversed, and new trial ordered, with costs to appellant to abide the event. All concur.

BROOKLYN CHURCH SOCIETY OF M. E. CHURCH, Respondent, v. BROOKLYN FREE KINDERGARTEN SOCIETY, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by the Brooklyn Church Society of the Methodist Episcopal Church against the Brooklyn Free Kindergarten Society. No opinion. Motion to dismiss appeal (in 152 N. Y. Supp. 41) denied, on condition that defendant within 10 days make and serve a proposed case on appeal, and cause the same to be printed and filed within 30 days after the settlement of such case; otherwise, motion granted, with $10 costs.